# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>THOMAS LEE CLEVELAND-MCMICHAEL,<br><br>        Defendant. | Case No. 3:17-cr-00161-SLG-SAO<br><br>Case No. 3:21-cr-00119-SLG-SAO |

### ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 147 in Case No. 3:17-cr-00161-SLG-SAO and at Docket 116 in Case No. 3:21-cr-00119-SLG-SAO. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Scott A. Oravec by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant admitted to Violations 1-5 and 8-10 of the Superseding Petition to Revoke Supervised Release[1] and entered a guilty plea to Count 1 of the Indictment,[2] Felon in Possession of a Firearm and Ammunition,

---

[1] Dkt. 85.

[2] Dkt. 2.

which is a violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

Judge Oravec issued a Final Report and Recommendation at Docket 120, in which he recommended that the District Court accept Defendant's admission to Violations 1-5 and 8-10 of the Superseding Petition to Revoke Supervised Release and Defendant's plea of guilty to Count 1 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Defendant's plea of guilty to Count 1 of the Indictment. Defendant is adjudged GUILTY of Count 1 of the Indictment. The Court DEFERS acceptance of Defendant's admissions to the violations in the petition until August 29, 2023. A combined Imposition of Sentence and Disposition hearing is scheduled for **August 29, 2023, at 10:00 a.m.** before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 9th day of June, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:17-cr-00161-SLG-SAO & 3:21-cr-00119-SLG-SAO , *United States v. Cleveland-McMichael*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:21-cr-00119-SLG-SAO   Document 121   Filed 06/09/23   Page 2 of 2